**Appeal Dismissed and Memorandum Opinion filed November 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00797-CV

**LAKESHA EMERSON, Appellant**

**V.**

**PARKWAY RANCH LTD, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1066364**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 2, 2015. The notice of appeal was filed September 18, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying

costs); Tex. Gov't Code Ann. § 51.207.

On October 12, 2015, this court ordered appellant to pay the appellate filing fee on or before October 22, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.